United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 21-13945-LSS |
| Alba M. Alvarado Bonilla | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 19, 2021 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alba M. Alvarado Bonilla, 7705 24th Avenue, Hyattsville, MD 20783-2605 |
| | + | Juan RiosEscobar, 7705 24th Ave., Hyattsville, MD 20783-2605 |
| | + | Skyhill Investments, LLC, Harshal Acharya, 5105D Backlick Rd., Annandale, VA 22003-6054 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James R. Logan | jamesrloganpa@gmail.com<br>myecfjameslogan@gmail.com,G35473@notify.cincompass.com,3815076420@filings.docketbird.com |
| Randa S Azzam | bankruptcy@bww-law.com  bankruptcy@bww-law.com |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 3

Entered: July 19th, 2021
Signed: July 19th, 2021

**SO ORDERED**

The hearing is continued to July 26, 2021 at 2:00 p.m. The hearing will be held via videoconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.



*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **21−13945 − LSS**   Chapter: **13**   Doc No.: **13**

**Alba M. Alvarado Bonilla**
Debtor

Truman 2017 SC7 MD ML, LLC
Movant

vs.

Alba M. Alvarado Bonilla
Juan Rios−Escobar (Co−Debtor)
Respondent

## ORDER CONTINUING HEARING ON
## MOTION FOR RELIEF FROM STAY AND TO SHORTEN TIME FOR RESPONSE

Upon consideration of the motion for continuance filed in the above−captioned matter by Alba M. Alvarado Bonilla, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for July 19, 2021, is continued to **a date and time set forth above Courtroom 3D of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc:   All Parties
      All Counsel
      Trustee
      Randa Azzam
      Juan Rios−Escobar
      7705 24th Ave.
      Hyattsville, MD 20783

      Skyhill Investments, LLC
      Harshal Acharya
      5105−D Backlick Rd.
      Annandale, VA 22003

## End of Order

12x01 (rev. 05/21/2012) − KellyHorning